```
 1  Preciliano Martinez(CSB93253)
    801 15th Ste.F
 2  Modesto, California  95354
    Telephone: (209) 579-2206
 3  Fax:       (209) 579-2211

 4
    Attorneys for Defendant
 5  Gustavo Fernandez

 6

 7              UNITED STATES DISTRICT COURT

 8              EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA    )    CASE No.04CRF5268 OWW
           Plaintiff,           )
10                              )
                                )        STIPULATION FOR
11                              )        CONTINUANCE AND ORDER
                                )
12    v.                        )
                                )
13  Gustavo Frenandez,          )
           Defendant,           )
14  _____)

15        IT IS HEREBY STIPULATED by and between the parties and

16  through their respective counsel that the Court Hearing presently

17  set for November 14, 2005 at 1:30 p.m., in the above entitled

18  court be continued to November 28, 2005 at 1:30 p.m. Mr. Martinez

19  is currently in trial on a Federal case in Atlanta Ga.

20        The parties request that the cases be reset.

21  Dated:

22  So Stipulated,              /s/ Kimberly Kelly
                                KIMBERLY KELLY
23                              Assistant United States Attorney

24

25  Dated:

26  So Stipulated,              /s/ Preciliano Martinez_____
                                Preciliano Martinez,
27                              Attorney at Law

28
```

**O R D E R**

The court finds that there is good cause for the request for continuance.

IT IS HEREBY ORDERED that the case presently set for November 14, 2005 at 1:30 p.m., in the above entitled court be continued to November 28, 2005, or as soon thereafter as the matter may be heard.

Dated:     November 17, 2005

                                  /s/ OLIVER W. WANGER
                                  JUDGE OF THE DISTRICT COURT